# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE CHRYSLER-DODGE-JEEP ECODIESEL MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION. | Case No. 17-md-02777-EMC<br><br>**PRETRIAL ORDER NO. 2: HEARING ON SELECTION OF PLAINTIFFS' LEAD COUNSEL AND STEERING COMMITTEE(S)** |

As previously ordered, there shall be a hearing on the selection of Plaintiffs' Lead Counsel and Steering Committee on June 14, 2017, at 10:00 a.m.  The Court issues this order to set forth the procedure that the Court will follow at the hearing.

1. Applicants for Lead Counsel will be permitted to present first.  Each applicant shall be given up to six (6) minutes.

2. Thereafter, applicants for the Steering Committee (other than those applicants for Lead Counsel) will be permitted to present.  Each applicant for the Steering Committee shall be given up to four (4) minutes.

**IT IS SO ORDERED**.

Dated: June 8, 2017

_____
EDWARD M. CHEN
United States District Judge